■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH FLETCHER, Appellant. [65 NYS3d 871]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered July 28, 2015. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]), defendant contends that the sentence is unduly harsh and severe. We reject that contention. Defendant received the benefit of an advantageous plea agreement in which he pleaded guilty to

one count in satisfaction of several pending cases and, despite being rearrested prior to sentencing in violation of County Court's warning, he nonetheless received a lesser sentence than the four-year term of incarceration in the original plea agreement. Present—Whalen, P.J., Smith, Carni, Troutman and Winslow, JJ.